**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER REQUIRING PAYMENT OF** |
| | ) | **AVAILABLE PRIVATE FUNDS** |
| vs. | ) | |
| | ) | |
| Lawrence Eugene Fasthorse, | ) | Case No. 1:06-cr-006 |
| | ) | |
| Defendant. | ) | |

Counsel was appointed because Defendant had limited funds at the time of his court appearance. The court finds that funds are available from Defendant for partial payment of compensation and expenses of court-appointed and/or for other services necessary for adequate representation, and that Defendant is financially able to make partial payment for representation and/or other services necessary for adequate representation.

It is therefore authorized and directed that funds be paid by Defendant to the Clerk, U.S. District Court, P.O. Box 1193, Bismarck, ND 58502 as follows: $250.00 shall be paid by the fifteenth of each month until the case has been concluded. The first payment is due on or before March 15, 2006.

In the event the total amount approved by the court for compensation to court-appointed counsel is less than the total amount approved for compensation, the difference between the amount approved for compensation and the total amount paid by Defendant shall be returned to him at the conclusion of the case.

**IT IS SO ORDERED.**

Dated this 17th day of February, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge